THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP B. HAUSKEN,<br><br>            Plaintiff,<br>   v.<br><br>CAL COGBURNE,<br><br>            Defendant. | CASE NO. C17-0197-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation (Dkt. No. 3) is APPROVED and ADOPTED.

(2) Plaintiff's 42 U.S.C. § 1983 complaint is DISMISSED, with prejudice, as duplicative of the complaint in Case No. C17-198-JLR-MAT.

(3) The Clerk is DIRECTED to send copies of this order to Plaintiff and to the Honorable James P. Donohue.

//

//

//

//

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 1

1     DATED this 11th day of April 2017.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2